FLOUR CITY ORNAMENTAL IRON WORKS v. SCHULER.

(Circuit Court of Appeals, Eighth Circuit. September 1, 1919.)

No. 5296.

APPEAL AND ERROR ☞209(1)—IN ACTION TRIED TO COURT, SUFFICIENCY OF EVIDENCE NOT RAISED BELOW NOT REVIEWABLE.

Where an action at law is tried to the court by stipulation, pursuant to Rev. St. § 649 (Comp. St. § 1587), the question whether the judgment is sustained by the evidence, not presented to the trial court, cannot be considered by the appellate court.

In Error to the District Court of the United States for the District of Minnesota; Page Morris, Judge.

Action at law by Eugene Schuler against the Flour City Ornamental Iron Works. Judgment for plaintiff, and defendant brings error. Affirmed.

A. B. Darelius, of Minneapolis, Minn., for plaintiff in error.

Albert C. Cobb, J. O. P. Wheelwright, and John I. Dille, all of Minneapolis, Minn., for defendant in error.

Before SANBORN, CARLAND, and STONE, Circuit Judges.

PER CURIAM. This is an action at law tried to the court, a jury being duly waived. The only assignment of error is that the evidence does not support the judgment. No such question was ever presented to the trial court, and we are therefore without authority to consider it. Section 700, R. S. U. S. (Comp. St. § 1668); Mason v. United States, 219 Fed. 547, 135 C. C. A. 315, and cases cited.

Affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes